UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAN KAMMANN,

    Plaintiff,

v.

FRAUNHOFER USA,

    Defendant.
_____/

Case No. 1:21-cv-682

HON. JANE M. BECKERING

## ORDER OF DISMISSAL

Pending before the Court is the parties' Stipulation to dismiss (ECF No. 32). The Court having reviewed the filing:

**IT IS HEREBY ORDERED** that the Stipulation to dismiss (ECF No. 32) is GRANTED. Plaintiff's Complaint is DISMISSED with prejudice. Plaintiff and Defendant shall each bear their own attorneys' fees and costs.

Entry of this Order resolves all pending claims and closes this case.

Dated: May 31, 2022

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge